IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.                                                         CRIMINAL NO. 3:04cr53LSu

OVERTON SPANN

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismiss Counts 1 and 2 of the Criminal Indictment against **OVERTON SPANN** without prejudice.

DUNN LAMPTON
United States Attorney

By: _____
GREGORY L. KENNEDY
Assistant U.S. Attorney
MS Bar No. 9389

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 3rd day of ~~January~~ march, 2006.

_____
UNITED STATES DISTRICT JUDGE